IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM C. LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-692 T |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard H. Bowles, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard H. Bowles
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: October 11, 2007

s/ Richard H. Bowles

RICHARD H. BOWLES
Trial Attorney
Department of Justice, Tax Division
Court of Federal Claims Section
(202) 307-6500
Fax: (202) 514-9440
Richard.H.Bowles@usdoj.gov