# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **WILLIAM C. LEONARD,** *Plaintiff,* | Case No. 07-962T |
| v. | Senior Judge Smith |
| **THE UNITED STATES,** *Defendant.* | Filed: January 17, 2008 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

It appearing the Defendant filed a Motion for More Definite Statement on November 21, 2007 and Plaintiff has not responded, the Court hereby **ORDERS** Plaintiff to file and serve its response within 14 days from the date of this order.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge