# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**WILLIAM C. LEONARD** )
)
**Plaintiff** )
) **No. 1:07-cv-692**
**v.** )
)
)
**THE UNITED STATES** )
)
**Defendant**

---

## MOTION TO LEAVE FOR OUT OF TIME

On November 21, 2007, Defendant filed a Motion for More Definite Statement. Plaintiff was unable to prepare an appropriate response within the deadline and now find it necessary to move for leave to address Defendants' Motion out of time.

I have conferred with counsel for Defendant about this Motion and he does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests this Court grant their motion for leave for out of time that the Plaintiff shall be given until January 30, 30, 2008 to file a response.

Date:1/30/08

Respectfully submitted,

s/ Eugene A.Steger
Eugene A. Steger
Attorney for Plaintiff