# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WILLIAM C. LEONARD** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **No. 1:07-cv-692** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant** | | |

## FIRST REVISED COMPLAINT

THE PLAINTIFF, by his undersigned counsel, brings this action against Defendant, in response to motion for more definite statement and in support thereof avers as follows:

1. Plaintiff is Billy Leonard, with the current mailing address 825 Blackhorse Tavern Road, Gettysburg, PA 17325-7219.

2. The address on his return is 825 Blackhorse Tavern Road, Gettysburg, Pennsylvania 17325. Plaintiff's Social Security Number is 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.

3. The Defendant is the United States of America.

4. The Agency Code is TRE and jurisdiction code is Individual Income Tax 212.

5. Plaintiff on or about February 24, 2004 refinanced his home and paid the United States Treasury $134,908.16. A true and correct copy of the Settlement Statement HUD-1 is attached and marked as Exhibit A.

6. At the time of payment Plaintiff believed he was credited for his 1990 overpayment of $22,597.00.

7. Said sum of $134,908.16 was calculated by the Department of Justice pursuant to the attached Exhibit B and C was for tax years 1987 and 1988 respectively.

8. Defendant and on or about March 12, 2004 issued two Certificates of Release of Federal Tax Lien attached as Exhibit D and E covering tax years 1983; 1986; 1987 and 1988.

9. Defendant owed Plaintiff a refund of $22,597.00 for tax year ending December 31, 1990. A copy of the 1990 transcript is attached as Exhibit F.

10. The overpayment of $22,597.00 was administratively coded to a suspense account.

11. The overpayment should have been applied to the tax due for 12/31/88.

12. Defendant has not received refund or credit as he is entitled to for 1990.

13. Defendant is entitled to refund of $22,597.00 together with reduction in interest and penalties. Said overpayment resulted in excess payment by Plaintiff on February 24, 2004.

14. Plaintiff was not precluded from making any claim for refund because he believed overpayment was transferred to reduce his 1988 tax liability.

15. Defendant owed a duty to Plaintiff to transfer the 1990 overpayment to the 1988 liability since it was within the statutory filing and the 1990 return was timely filed within the refund period.

16. Defendant at no time ever advised Plaintiff that the overpayment off $22,597.00 was placed in suspension account and never transferred to the 1988 liability.

17. Plaintiff could not file a claim for refund of $22, 597.00 for tax year 1990 since he owed for 1983, 1986, 1987 and 1988.

18. Plaintiff believed his overpayment of $22,597.00 was transferred to his other liabilities when, in fact, it was not.

19. Defendant is also entitled to reasonable attorney fees and costs.

Wherefore Plaintiff prays for judgment of $22,597.00 plus interest, penalty abatement and reasonable attorney fees.

Dated this 30th day of January, 2008

Respectfully submitted,

s/ Eugene A. Steger, Esquire
Attorney for Plaintiff
PA Attorney ID #25370
Eugene Steger & Associates, P.C.
411 Old Baltimore Pike
Chadds Ford, PA 19317
610-388-7800
610-388-9332

# EXHIBIT "A"

**EXHIBIT**
A

Feb 16 04 03:45a BC LEONARD (717) 334-7504 p.2

# A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB No. 2502-0265 REV. HUD-1 (3/86)

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐FHA 2. ☐FmHA 3. ☐Conv. Unins 4. ☐VA 5. ☐Conv. Ins. | 6. File Number 526-520 | 7. Loan Number | 8. Mortgage Insurance Case Number |

C. Note: [illegible] Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 02/24/2004 at 13:10 GAR

| | |
|---|---|
| D. NAME OF BORROWER ADDRESS: | Billy C. Leonard |
| E. NAME OF SELLER ADDRESS: | REFINANCE |
| F. NAME OF LENDER: ADDRESS: | Bank of Hanover and Trust Company<br>2215 East Market Street, York, PA 17402 |
| G. PROPERTY ADDRESS: | 825 Black Horse Tavern Road, Gettysburg, PA 17325<br>Cumberland Township, Adams County |
| H. SETTLEMENT AGENT: PLACE OF SETTLEMENT: | The Sentinel Agency LLC<br>2145 North Second Street, Harrisburg, PA 17110 |
| I. SETTLEMENT DATE: | 02/24/2004 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 138,620.05 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 138,620.05 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 150,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 150,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 138,620.05 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 150,000.00 | 602. Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 11,379.95 | 603. CASH TO SELLER | 0.00 |

MAR-08-04 01:21PM FROM-THE SENTINEL AGENCY +17172348198 T-346 P.02/03 F-402

Feb 16 04 03:45a BC LEONARD (717) 334-7504 p.3

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT File Number: 528-520 PAGE 2

**SETTLEMENT STATEMENT** REV. HUD-1 (3/86) TitleExpress Settlement System Printed 02/24/2004 at 13:40 GAR

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ 0.000 = | | |
| Division of commission (line 700) as follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % | | |
| 802. Loan Discount % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Commitment Fee to Bank of Hanover and Trust Company | 1,125.00 | |
| 806 Document Preparation to Bank of Hanover and Trust Company | 125.00 | |
| 807 Flood Certification to Bank of Hanover and Trust Company | 15.00 | |
| 808 | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From to @$ /day | | |
| 902. Mortgage Insurance Premium for to | | |
| 903 Hazard Insurance Premium for to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance mo. @ $ /mo | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | |
| 1003. City Property Tax mo. @ $ /mo | | |
| 1004. County Property Tax mo. @ $ /mo | | |
| 1005 School Taxes mo. @ $ /mo | | |
| 1009. Aggregate Analysis Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101 Settlement or closing fee | | |
| 1102 Abstract or title search | | |
| 1103. Title examination | | |
| 1104 title Insurance binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's fees to McNees, Wallace & Nurick (POC by Borrower) | | |
| (includes above items No: ) | | |
| 1108. Title Insurance to The Sentinel Agency LLC | 1,108.75 | |
| (includes above items No: ) | | |
| 1109. Lender's Policy 150,000.00 - 1,108.75 | | |
| 1110. Owner's Policy | | |
| 1111. END 100, 300 to The Sentinel Agency LLC | 100.00 | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees Deed $ ; Mortgage $ 60.00 ; Release $ | 60.00 | |
| 1202. City/County tax/stamps Deed $ ; Mortgage $ | | |
| 1203. State Tax/stamps Deed $ ; Mortgage $ | | |
| 1204. | | |
| 1205. Satisfaction Federal Tax Lien to Prothonotary (ESCROW) | 20.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. Exp. mail Fed.Tax Lien Payoff to Postmaster | 13.65 | |
| 1304. Federal Tax Lien Payoff to The United States of America | 134,908.16 | |
| 1305. 2004 Cty./Twp. Tax (E13-48) to Donna J. Maring, Tax Collector | 976.27 | |
| 1306 2004 Cty./Twp. Tax (E13-55A) to Donna J. Maring, Tax Collector | 150.22 | |
| 1307. Tax Certification (2@$5) to Donna J. Maring | 10.00 | |
| 1308 | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 138,620.05 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Billy C Leonard

[illegible]

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

# EXHIBIT "B"

EXHIBIT B

IRS Department of the Treasury Internal Revenue Service

PHILADELPHIA PA 19255-0029

In reply refer to: 0374737911
Oct. 31, 2003 LTR 681C
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 198712 30 000 1
Input Op: 0374737911 03195
BODC: SB

BILLY LEONARD
% MONIQUE M ERICSON CPA
205 HEMLOCK ROAD
NEW CUMBERLAND PA 17070

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 1987 Dec. 31, 1988

Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Oct. 24, 2003.

We accept your offer to pay the amount you owe by Feb. 21, 2004. The total amount due is $134,908.16, including penalty and interest charges to that date. It is to your advantage to pay the amount due as soon as possible since we charge penalty and interest until you pay the total balance.

We've provided a general explanation of the possible penalties and/or interest included in the current balance due on your account. If you would like a specific explanation of how the amounts were computed on your account, please contact us at the toll-free number shown in this letter and we will send you a detailed computation.

** Paying Late -- IRC Section 6651(d) **

Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month the tax isn't paid.

If we issue a Notice of Intent to Levy and the balance due isn't paid within 10 days from the date of the notice, the penalty increases to 1% a month.

The penalty can't be more than 25% of the tax paid late.

** Filing and Paying Late -- IRC Section 6651 **

We charge a 5% combined penalty of 4 1/2% for filing late and 1/2% for paying late when a return is filed late and the tax is not paid by the due date of the return. The combined penalty is 5% of the unpaid tax for each month or part of a month the return is late, but not more than 5 months, which would total 25% (22 1/2% late filing and 2 1/2% late paying).

In addition to the 22 1/2% late filing penalty for the first

0374737911
Oct. 31, 2003 LTR 681C
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 198712 30 000 1
Input Op: 0374737911 03196

BILLY LEONARD
% MONIQUE M ERICSON CPA
205 HEMLOCK ROAD
NEW CUMBERLAND PA 17070

5 months a return is late, we continue to charge the 1/2% late paying penalty for each month or part of a month for as long as the tax is unpaid, but not for more than 25%.

The maximum penalty we can charge is 47 1/2% (22 1/2% late filing plus 25% late paying).

** Partnership Late Filing -- IRC Section 6698(b) **

The penalty for late filing of a partnership return is $50 for each person who was a partner at any time during the year, for each month or part of a month the return was filed late, for up to 5 months.

** Interest -- IRC Section 6601 **

We charge interest when tax is not paid on time. We figure interest from the due date of the return (regardless of extensions) to the date we receive full payment or the date of the notice.

To ensure that your payment is properly and promptly credited to your account, please be sure to write three things on your check or money order: (1) your Taxpayer Identification Number, (2) the form number, and (3) the tax period. Attach a copy of this letter to your payment. We will take further collection action if you don't pay your bill as agreed. Your payments must reach us no later than the payment date indicated above.

THERE IS A COMPUTATION HOLD ON THE FAILURE TO PAY PENALTY ON TAX YEAR 1988, PLEASE CALL FOR YOUR LAST PAYMENT FOR ACCURACY.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (   )______________________ Hours______________

0374737911
Oct. 31, 2003 LTR 681C
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 198712 30 000 1
Input Op: 0374737911 03197

BILLY LEONARD
% MONIQUE M ERICSON CPA
205 HEMLOCK ROAD
NEW CUMBERLAND PA 17070

Thank you for your cooperation.

Sincerely yours,

David Alito

David Alito
Field Director, Compliance Services

# EXHIBIT "C"

EXHIBIT C

**From:** Anne Marchand
**To:** billleonard@adelphia.net; ericsoncpa@msn.com
**Date:** 2/24/04 2:19PM
**Subject:** Fwd: RE: Bill C. Leonard

Following is an email that I received from Scott Clarke at the IRS this afternoon. I have forwarded it to the title company and the amount of the IRS payoff is $134,908.16. Any questions, please let me know. Thank you for your assistance with this matter.

Anne E. Marchand, Real Estate Assistant
McNees Wallace & Nurick LLC
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
Direct Dial: (717) 237-5301
Fax: (717) 237-5300
amarchan@mwn.com

NOTICE: The foregoing message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

>>> "Russell.S.Clarke@usdoj.gov" <Russell.S.Clarke@usdoj.gov> 02/24/04 01:14PM >>>
I understood Daria to tell me that the $135,000 figure was better. But, if she said go with the $134,908.16 then go with it. That's who I've relied on along.

-----Original Message-----
From: amarchand@mwn.com [mailto:amarchand@mwn.com]
Sent: Tuesday, February 24, 2004 10:16 AM
To: Clarke, Russell S
Cc: ericsoncpa@msn.com; sweingar@mwn.com
Subject: RE: Bill C. Leonard

Scott, Monique Ericson spoke with Daria Gallen and Daria told her that you two had discussed the payoff amount and that you both agreed that you the payoff amount is $134,908.16 as listed in the 10/23/03 letter from the IRS to Mr. Leonard.

I just want to be sure that we send you the exact amount of the payoff due the IRS (and nothing more). Please let me know (once again) the payoff amount after you speak with Daria Gallen. The issue is that Daria is giving one figure to Monique and you are giving me a higher number.

Thank you.

Anne E. Marchand, Real Estate Assistant
McNees Wallace & Nurick LLC
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
Direct Dial: (717) 237-5301
Fax: (717) 237-5300
amarchan@mwn.com

NOTICE: The foregoing message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

# EXHIBIT "D"

EXHIBIT D

Form 668 (Z) (Rev. 10-2000)

1445

Department of the Treasury - Internal Revenue Service

# Certificate of Release of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (412) 395-5265

Serial Number
239602128

For Use by Recording Office

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on February 12 1996, is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer
BILLY LEONARD

Residence 825 BLACKHORSE TAVERN RD
GETTYSBURG, PA 17325-7219

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | 61 of 1996 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1983 | 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 | 05/02/1989 | 06/01/1999 | 19221.67 |
| 1040 | 12/31/1986 | 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 | 05/04/1992 | 06/03/2002 | 29418.57 |
| 1040 | 12/31/1987 | 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 | 09/19/1988 | 10/19/1998 | 5650.51 |
| 1040 | 12/31/1987 | 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 | 05/04/1992 | 06/03/2002 | |
| 1040 | 12/31/1988 | 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 | 04/23/1990 | 05/23/2000 | 47162.76 |
| 6652 | 12/31/1986 | 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 | 08/31/1992 | 09/30/2002 | 201.23 |
| ******** | *********** | ************ | ********** | *********** | *************** |

Place of Filing
Prothonotary
Adams County
Gettysburg, PA 17325

Total $ 101654.74

This notice was prepared and signed at Philadelphia, PA, on this,

the 12th day of March, 2004.

Signature Linnette R Coleman

Title Compliance Technical Support Manager

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - TAXPAYER COPY

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261

# EXHIBIT "E"

**EXHIBIT**
E

Form 668 (Z)
(Rev. 10-2000)

1445

Department of the Treasury - Internal Revenue Service

# Certificate of Release of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (412) 395-5265

Serial Number
230058230

For Use by Recording Office

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on April 07 2000, is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer
BILLY LEONARD

Residence 825 BLACKHORSE TAVERN RD
GETTYSBURG, PA 17325-7219

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | 00-TL-139 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1988 | 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 | 04/23/1990 | 05/23/2000 | 47162.76 |
| ******* | *********** | ************ | *********** | *********** | *************** |

Place of Filing
Prothonotary
Adams County
Gettysburg, PA 17325

Total $ 47162.76

This notice was prepared and signed at Philadelphia, PA, on this,

the 12th day of March, 2004.

Signature *Linnette R. Coleman*

Title Compliance Technical Support Manager

(**NOTE:** Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 2 - TAXPAYER COPY**

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261

# EXHIBIT "F"

EXHIBIT E

IRS EMPLOYEE 2398024382

GE NO-0001

PRINT DATE 08-24-2001

TE REQUESTED 08-24-2001

TAX PERIOD: DEC 1990

RM NUMBER: 1040A

TAXPAYER IDENTIFICATION NUMBER: 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

BILLY C LEONARD

BODC-SB BODCLC-

-- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 06-18-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 06-18-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

**FILING STATUS: SINGLE

| | |
|---|---|
| * EXEMPTIONS: 01 | |
| * ADJUSTED GROSS INCOME: | 108,449.00 |
| * TAXABLE INCOME: | 52,850.00 |
| TAX PER RETURN: | 0.00 |

* PER RETURN OR AS ADJUSTED

1-13-1994 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
2-21-1994 PROCESSING DATE

TRANSACTIONS

| DE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | NO RETURN FILED SUBSTITUTE FOR RETURN | 02-21-1994 | 0.00 |
| 460 | EXTENSION OF TIME FOR FILING 08-15-1991 | 04-15-1991 | |
| 460 | EXTENSION OF TIME FOR FILING 10-15-1991 | 08-19-1991 | |
| 163 | LATE FILING PENALTY | 12-05-1994 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 12-05-1994 | 0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 11-03-1994 | 45,199.00 |
| 163 | LATE FILING PENALTY | 11-03-1994 | 2,511.00 |
| 173 | PENALTY FOR UNDERPAYMENT OF ESTIMATED TAX | 11-03-1994 | 404.00 |
| 190 | INTEREST ASSESSMENT | 11-03-1994 | 4,130.05 |
| 800 | CREDIT FROM WITHHELD TAXES | 11-03-1994 | 35,157.00- |
| 197 | ABATEMENT OF INTEREST | 12-05-1994 | 29.12- |
| 960 | RECEIVED POA/TIA | 01-17-1995 | |
| 582 | LIEN | 03-29-1996 | |
| 161 | ABATEMENT OF LATE FILING PENALTY | 11-03-1994 | 2,511.00- |
| 171 | ABATEMENT OF PENALTY FOR UNDERPMT OF EST TAX | 11-03-1994 | 404.00- |
| 291 | ABATEMENT OF PRIOR TAX ASSESSMENT | 11-22-1999 | 32,639.00- |
| 197 | ABATEMENT OF INTEREST | 11-22-1999 | 4,100.93- |
| 820 | CREDIT TRANSFERRED | 04-15-1991 | 22,397.00 |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 960 | RECEIVED POA/TIA | 02-21-2000 | |
| 583 | LIEN RELEASED | 09-22-2000 | |

AGE NO-0002 IRS EMPLOYEE 2398024382

962 UPDATED POA/TIA 05-30-2001