# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
WILLIAM C. LEONARD, *
*Plaintiff*, *
v. *
THE UNITED STATES, *
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-692T

Senior Judge Smith

Filed: February 5, 2008

## ORDER

The Court hereby **GRANTS** Plaintiff's Motion to File Out of Time. Counsel for Plaintiff should note that all documents filed in this Court must have the Judge's name on the front of the document. In addition, all motions must be double spaced. In this instance only the Court shall accept the defective documents. Counsel is advised to download a copy of this Court's local rules from our Court's website.
.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge