# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **WILLIAM C. LEONARD,** * | |
| *Plaintiff,* * | |
| * | Case No. 07-962T |
| v. * | |
| * | Senior Judge Smith |
| **THE UNITED STATES,** * | |
| * | Filed: March 12, 2008 |
| *Defendant.* * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference to be held on Wednesday, March 26, 2008 at 11:00 a.m. to discuss Defendant's Motion and Reply Brief in Support of its Motion for More Definite Statement.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge