IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-692 T

(Senior Judge Loren A. Smith)

---

WILLIAM C. LEONARD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR MORE DEFINITE STATEMENT AND REQUEST FOR A SCHEDULING ORDER**

---

Pending before the Court is defendant's motion, filed November 21, 2007, for a more definite statement. On January 30, 2008, plaintiff submitted a filing to the Court. Plaintiff classified his submission (Document No. 9) as a response to the defendant's motion, but the text of plaintiff's submission styles itself "First Revised Complaint." Defendant filed a reply brief on February 11, 2008. By Order of March 12, 2008, the Court scheduled a status conference to discuss the motion for more definite statement. On March 18, 2008, plaintiff submitted another filing to the Court. Plaintiff classified this second submission (Document No. 15) as a response to the defendant's motion, but the text of plaintiff's submission styles itself "Second Revised Complaint." Assuming that the Court allows the filing of that document as an amended complaint (notwithstanding plaintiff's failure to seek leave under Rule 15(a) of the Rules of the U.S.

Court of Federal Claims ("RCFC")), defendant withdraws its motion for a more definite statement.

Defendant respectfully requests the Court to issue an order to clarify whether the Court grants plaintiff leave to file its submission of March 18, 2008, as an amended complaint filed as of that date.

Defendant also respectfully requests the Court to issue a scheduling order, establishing April 16, 2008, as the date on which the government's answer or other response is due. RCFC 12(a)(2)(A) provides that if a motion filed pursuant to RCFC 12 "is withdrawn, the responsive pleading shall be filed within 10 days after notice of the court's action or the date on which the motion is withdrawn or by the date the response otherwise would have been due, whichever is later." Accordingly, defendant's answer or other response apparently would be due April 8, 2008, ten business days from this date. *See* RCFC 6(a).[1] Pursuant to RCFC 6.1, defendant respectfully requests an eight-day enlargement to and including April 16, 2008, within which to file its answer or other response. The additional time is requested to allow defendant's counsel to make appropriate inquiries and to prepare the responsive pleading. This is the first such enlargement requested.

We are authorized to state that counsel for plaintiff has no objection to the granting of this enlargement.

[1] Alternatively, pursuant to RCFC 15(a), defendant's answer or other response would be due "within 10 days after service of the amended pleading." Plaintiff's "Second Revised Complaint" was served March 18, 2008, and a pleading due 10 days thereafter (as computed under RCFC 6(a) and 6(e)) would be due April 4, 2008.

Respectfully submitted,

s/ Richard H. Bowles

Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

NATHAN J. HOCHMAN
Assistant Attorney General, Tax Division
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

March 25, 2008