# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **WILLIAM C. LEONARD,** | | |
| *Plaintiff,* | | Case No. 07-692T |
| v. | | Senior Judge Smith |
| **THE UNITED STATES,** | | Filed: March 26, 2008 |
| *Defendant*. | | |

## ORDER

The Court hereby **WITHDRAWS** Defendant's Motion for More Definite Statement and **GRANTS** Defendant's Request for Scheduling Order.

The Court further **ALLOWS** Document No. 15, previously docketed as a Response to Defendant's Motion, to be filed as Plaintiff's Second Amended Complaint with filing as of March 18, 2008. Defendant's response to Plaintiff's Second Amended Complaint shall be filed and served on or before April 16, 2008.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge