IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-692 T

(Senior Judge Loren A. Smith)

---

WILLIAM C. LEONARD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

Pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims ("RCFC"), the United States respectfully seeks additional time within which to file its reply brief in support of its pending motion to dismiss. The United States asks this Court for a 7-day enlargement of time, from May 27, 2008, to June 3, 2008, inclusive. Plaintiff does not oppose this request. This is the first such enlargement requested.

The assigned reviewer for this case will not be in the office from May 21 through May 23, 2008. The requested enlargement will allow the line attorney the necessary time to usher the reply brief through the Department of Justice's review process before filing it with the Court. Accordingly, defendant requests that this unopposed motion for enlargement be granted.

Respectfully submitted,

s/ Richard H. Bowles
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

NATHAN J. HOCHMAN
Assistant Attorney General, Tax Division
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

May 20, 2008