# In the United States Court of Federal Claims

| | |
|---|---|
| **WILLIAM C. LEONARD,** *Plaintiff,* | Case No. 07-692T |
| v. | Senior Judge Smith |
| **THE UNITED STATES,** *Defendant.* | Filed: May 27, 2008 |

## ORDER

The Court hereby **GRANTS** Defendant's Motion for Enlargement of Time. Defendant's Reply shall be filed and served on or before June 3, 2008.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge