IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-692 T

(Senior Judge Loren A. Smith)

---

WILLIAM C. LEONARD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**STATEMENT OF JOSEPH DEVANEY**

---

I, Joseph Devaney, pursuant to the provisions of 28 U.S.C. § 1746, state the following:

1. In 1999, I was employed by the Internal Revenue Service as a revenue agent. One of the matters I was then assigned concerned William C. Leonard.

2. On or about March 30, 1999, I received correspondence from Monique Ericson on behalf of Mr. Leonard. The contents of that correspondence included a cover letter and a document identified by the cover letter as Mr. Leonard's 1990 tax return. A true and correct copy of the cover letter and the referenced document are attached to this statement as Exhibits A and B, respectively.

3. Prior to receiving that correspondence from Ms. Ericson in 1999, I was not aware of any copy of a 1990 tax return executed by Mr. Leonard that existed in the possession of the Internal Revenue Service.

4. To the present date, I am unaware of any copy of a 1990 tax return executed by Mr. Leonard, which copy the Internal Revenue Service possessed prior to my receipt of the correspondence from Ms. Ericson on or about March 30, 1999.

5. To the present date, I am unaware of any record of the Internal Revenue Service indicating receipt by the Internal Revenue Service of a 1990 tax return executed by Mr. Leonard, which receipt predates the correspondence I received from Ms. Ericson on or about March 30, 1999.

Executed under penalty of perjury on this 2ND day of JUNE, 2008.

Joseph Devaney
JOSEPH DEVANEY
Revenue Agent

Greenberg & Company, P.C.

Certified Public Accountants
Corporate Revitalization Specialists

P.O. Box 1244, 765 Poplar Church Road
Camp Hill, PA 17001-1244
Tel: (717) 975-3900 Fax: (717) 975-0698
E-Mail address: MZGCPACIRA@AOL.COM

March 24, 1999

Mr. Joseph Devaney
600 Arch Street, Room 5202
Section E: QMS
Internal Revenue Service
Philadelphia, PA 19106

Sent Certified, Return Receipt Z 476 955 454

re: Billy C. Leonard
SS# 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

Dear Mr. Devaney:

Thank you for your telephone call earlier today. To confirm our conversation, you received, as did we, a copy of the Freedom of Information Act request partial response including 1,093 pages of documents from the 1986, 1987, 1990, 1991, 1993 and 1994 tax years. Please refer to my March 16, 1999 correspondence to Kathy McGlinchey regarding the number of pages included in the response.

I understand that you are requesting information from 1983, and it will take 2-3 weeks for you to receive the information. As a result of a recent notice of intent to levy regarding the 1994 tax year, I requested and you agreed, to put a hold on all collection activity. You intend to contact Diana Ramos, Lancaster, PA, to achieve this. I have enclosed copies of the 1989, 1990 and 1991 returns.

Please call if you have any questions, or wish to discuss the case prior to the receipt of the 1983 documents.

Sincerely yours,

Monique M. Ericson, CPA

MME/jsf

cc: Congressman William F. Goodling
Jonathon Kenney, Congressman William F. Goodling's Office, Washington, DC
Betty Lou Tarasovic, Congressman William F. Goodling's Office, York, PA
Malcom Friedel, Office of the Taxpayer Advocate, Internal Revenue Service
Mrs. Sigler, Office of the Taxpayer Advocate, Internal Revenue Service
C. J. Mills, Disclosure Office, Internal Revenue Service
Kathy McGlinchey, Disclosure Office, Internal Revenue Service
Diana Ramos, Internal Revenue Service, Collections, Lancaster Office
Robert Chernicoff, Esquire
Billy C. Leonard

P:\CLIENTS\LEONARD\031999 joe devaney.wpd

GOVERNMENT EXHIBIT
A

** NOT AUTHENTICATED **
(5)

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1990**

For the year Jan.–Dec. 31, 1990, or other tax year beginning , 1990, ending , 19 OMB No. 1545-0074

**Label** (See Instructions on page 8.) Use IRS label. Otherwise, please print or type.

LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: Billy C. | Last name: Leonard | Your social security number: 244 : 46 : 2556 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). (If you have a P.O. box, see page 9.): 825 Blackhorse Tavern Road | Apt. no. | **For Privacy Act and Paperwork Reduction Act Notice, see Instructions.** |
| City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.): Gettysburg PA 17325 | | |

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund? . . . Yes [ ] No [X]
If joint return, does your spouse want $1 to go to this fund? . . Yes [ ] No [ ]
**Note:** *Checking "Yes" will not change your tax or reduce your refund*

## Filing Status

Check only one box.

1 [X] Single. (See page 10 to find out if you can file as head of household.)
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

## Exemptions

(See Instructions on page 10.)

6a [X] **Yourself** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 . . . No. of boxes checked on 6a and 6b: 1
b [ ] **Spouse**

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | : : | | |
| | | : : | | |
| | | : : | | |
| | | : : | | |
| | | : : | | |
| | | : : | | |

If more than 6 dependents, see Instructions on page 11.

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 11)
No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed . . . Add numbers entered on lines above ▶ 1

## Income

Attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 8.

Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. *(attach Form(s) W-2)* | 7 | 143,038 |
| 8a | **Taxable** interest income *(also attach Schedule B if over $400)* | 8a | 373 |
| b | **Tax-exempt** interest income (see page 13). DON'T include on line 8a 8b | | |
| 9 | Dividend income *(also attach Schedule B if over $400)* | 9 | 61 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) *(attach Schedule C)* | 12 | |
| 13 | Capital gain or (loss) *(attach Schedule D)* | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | 14 | |
| 15 | Other gains or (losses) *(attach Form 4797)* | 15 | |
| 16a | Total IRA distributions 16a / 16b Taxable amount (see page 14) | 16b | |
| 17a | Total pensions and annuities 17a / 17b Taxable amount (see page 14) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18 | -3,161 |
| 19 | Farm income or (loss) *(attach Schedule F)* | 19 | -23,462 |
| 20 | Unemployment compensation (insurance) (see page 16) | 20 | |
| 21a | Social security benefits 21a / 21b Taxable amount (see page 16) | 21b | |
| 22 | Other income (list type and amount—see page 16) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 | 116,849 |

GOVERNMENT EXHIBIT B

## Adjustments to Income

(See Instructions on page 17.)

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a | | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b | | | |
| 25 | One-half of self-employment tax (see page 18) | 25 | | | |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 | | | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | | | |
| 28 | Penalty on early withdrawal of savings | 28 | | | |
| 29 | Alimony paid. Recipient's SSN ▶ 246 : 56 : 9076 | 29 | 10,400 | | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | | | 30 | 10,400 |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 23. This is your **adjusted gross income.** *If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57* ▶ | 31 | 106,449 |

** NOT AUTHENTICATED **

Form 1040 (1990)

## Tax Computation

If you want IRS to figure your tax, see Instructions on page 19.

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | | 32 106,449 |
| 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of: • Your standard deduction (from the chart (or worksheet) on page 20 that applies to you), OR • Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here. ▶ ☒ | | 34 51,549 |
| 35 | Subtract line 34 from line 32 | | 35 54,900 |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | | 36 2,050 |
| 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | | 37 52,850 |
| 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d ______ ) | | 38 12,560 |
| 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970 b ☐ Form 4972 | | 39 |
| 40 | Add lines 38 and 39 ▶ | | 40 12,560 |

## Credits

(See Instructions on page 21.)

| Line | Description | | Amount |
|---|---|---|---|
| 41 | Credit for child and dependent care expenses *(attach Form 2441)* | 41 | |
| 42 | Credit for the elderly or the disabled *(attach Schedule R)* | 42 | |
| 43 | Foreign tax credit *(attach Form 1116)* | 43 | |
| 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) ______ | 44 | |
| 45 | Credit for prior year minimum tax *(attach Form 8801)* | 45 | |
| 46 | Add lines 41 through 45 | | 46 |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | | 47 12,560 |

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 48 | Self-employment tax *(attach Schedule SE)* | | 48 |
| 49 | Alternative minimum tax *(attach Form 6251)* | | 49 |
| 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255 b ☐ Form 8611 | | 50 |
| 51 | Social security tax on tip income not reported to employer *(attach Form 4137)* | | 51 |
| 52 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | | 52 |
| 53 | Advance earned income credit payments from Form W-2 | | 53 |
| 54 | Add lines 47 through 53. This is your **total tax** ▶ | | 54 12,560 |

## Payments

Attach Forms W-2, W-2G, and W-2P to front.

| Line | Description | | Amount |
|---|---|---|---|
| 55 | Federal income tax withheld **(if any is from Form(s) 1099, check ▶ ☐)** | 55 35,158 | |
| 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | |
| 57 | **Earned income credit** (see page 23) | 57 | |
| 58 | Amount paid with Form 4868 (extension request) | 58 | |
| 59 | Excess social security tax and RRTA tax withheld (see page 24) | 59 | |
| 60 | Credit for Federal tax on fuels *(attach Form 4136)* | 60 | |
| 61 | Regulated investment company credit *(attach Form 2439)* | 61 | |
| 62 | Add lines 55 through 61. These are your **total payments** ▶ | | 62 35,158 |

## Refund or Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 63 | If line 62 is more than line 54, enter amount **OVERPAID** ▶ | | 63 22,598 |
| 64 | Amount of line 63 to be **REFUNDED TO YOU** ▶ | | 64 |
| 65 | Amount of line 63 to be **APPLIED TO YOUR 1991 ESTIMATED TAX** ▶ | 65 22,598 | |
| 66 | If line 54 is more than line 62, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it | | 66 |
| 67 | Estimated tax penalty (see page 25) | 67 | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| [signature] | | Airline Pilot |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |
| | | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 7/24/92 | Check if self-employed ☒ | Preparer's social security no. 160 : 48 : 8187 |
| Firm's name (or yours if self-employed) and address ▶ BOEHNER & BOEHNER ACCOUNTING SERVICES | | E.I. No. | 23 : 2180254 |
| 147 N. Fourth St., Gettysburg, PA | | ZIP code | 17325 |

** NOT AUTHENTICATED **

SCHEDULE A (FORM 1040) — SCHEDULE A - ITEMIZED DEDUCTIONS

Name(s)
BILLY C LEONARD

| | | | | |
|---|---|---|---|---|
| MEDICAL AND DENTAL EXPENSES | 1 | Medical & dental.. | | |
| | 2 | Amount 1040, line 32....2 104,440. | | |
| | 3 | Multiply line 2 amount by 7.5%.........3 | [illegible] | |
| | 4 | Line 1 less line 3. Not less than -0-..........4 | | [illegible] |
| | 5 | State & local income taxes.......5 | [illegible] | |
| TAXES YOU PAID | 6 | Real estate taxes......................6 | | |
| | 7 | Other...>> | | |
| | 8 | Add the amounts on lines 5-7. Total............>>8 | | [illegible] |
| INTEREST YOU PAID | 9a | Deductible home mortgage int. paid to financial institutions..............9a | | |
| | b | Other ded. home mortgage interest. Individual's name & address.>> ...9b | [illegible] | |
| | 10 | Deductible points.....................10 | | |
| | 11 | Deductible investment interest.......11 | | |
| | 12a | Personal int. pd. ...12a | | |
| | b | Multiply line 12a by 10%..............12b | | |
| | 13 | Add the amounts on lines 9a-11, & 12b..........>>13 | | [illegible] |
| GIFTS TO CHARITY | 14 | Contributions by cash or check.... [illegible] ...14 | [illegible] | |
| | 15 | Other than cash or check..............15 | | |
| | 16 | Carryover from prior year.............16 | | |
| | 17 | Add the amount on lines 14-16. Total..........>>17 | | [illegible] |
| CASUALTY | 18 | Casualty or theft loss(es)......................>>18 | | |
| MOVING | 19 | Moving expenses.................................>>19 | | |
| JOB EXPENSES AND MOST OTHER MISC. DED. | 20 | Unreimbursed employee expenses......>> UNION DUES 3,[illegible] ...20 | [illegible] | |
| | 21 | Other.....>> LEGAL FEES 7,800. ...21 | 7,800. | |
| | 22 | Add amounts on lines 20 & 21. Total...22 | [illegible] | |
| | 23 | Form 1040, line 32.....23 104,440. | | |
| | 24 | Multiply line 23 amount by 2%.........24 | [illegible] | |
| | 25 | Line 22 less line 24. Not less than -0-.......>>25 | | [illegible] |
| OTHER MISC. DED. | 26 | Other>> | | |
| TOTAL DED. | 27 | Total of lines 4, 8, 13, 17, 18, 19, 25, and 26.........................>>27 | | [illegible] |

[illegible] For Paperwork Reduction Act Notice, see [illegible]

SCHEDULE E [illegible] SUPPLEMENTAL INCOME AND LOSS
(Form 1040)

** NOT AUTHENTICATED **

Name(s)
BILLY C LEONARD

Part I INCOME OR LOSS FROM RENTALS AND ROYALTIES

1 Kind and location of each RENTAL PROPERTY:
A APT BUILDING/OFFICE 409-411 YOA[illegible]
B
C

2 Was each property listed above used for personal purposes for more than the greater of 14 days or 10% of the total days rented at fair rental value during the tax year?

| | Properties A | B | C | Totals (Add A, B & C) |
|---|---|---|---|---|
| **RENTAL & ROYALTY INCOME:** | | | | |
| 3 Rents received.........3 | 18,331. | | | 3 [illegible] |
| 4 Royalties received.....4 | | | | 4 |
| **RENTAL & ROYALTY EXPENSES:** | | | | |
| 5 Advertising............5 | [illegible] | | | |
| 6 Auto and travel........6 | | | | |
| 7 Maintenance............7 | 431. | | | |
| 8 Commissions............8 | | | | |
| 9 Insurance..............9 | | | | |
| 10 Legal & prof. fees....10 | | | | |
| 11 Mortgage interest paid to banks, etc.........11 | 9,[illegible] | | | 11 [illegible] |
| 12 Other interest........12 | | | | |
| 13 Repairs...............13 | 65. | | | |
| 14 Supplies..............14 | | | | |
| 15 Taxes.................15 | [illegible] | | | |
| 16 Utilities.............16 | 6,456. | | | |
| 17 Wages & salaries......17 | | | | |
| 18 Other>> | | | | |
| 18 | | | | |
| 19 Add lines 5-18........19 | 16,65[illegible] | | | 19 [illegible] |
| 20 Depreciation expense or depletion.........20 | 4,[illegible] | | | 20 [illegible] |
| 21 Add lines 19 & 20.....21 | 21,4[illegible] | | | |
| 22 Income or (loss) from rental or royalty properties....22 | -3,1[illegible] | | | |
| 23 Deductible rental loss....................23 | ( 3,161. ) | ( ) | ( ) | |
| 24 INCOME. Add rental and royalty income from line 22.......... | | | | 24 |
| 25 LOSSES. Add losses from lines 22 and 23.................... | | | | 25 ( [illegible] ) |
| 26 Total rental and royalty income (loss). Add lines 24 and 25 and enter result........ | | | | 26 [illegible] |

** NOT AUTHENTICATED **

SCHEDULE F-0 (Form 1040)

FARM INCOME AND EXPENSES

Name: BILLY C. LEONARD

A Principal product: HAY/CORN

C Accounting method: X Cash _ Accrual

E Elect to include CCC loan proceeds as income in prior years? [illegible]

F "Materially participate" in operation of business during 1990? [illegible]

G Ever elect to currently ded. preproductive period expenses? [illegible]

## PART I FARM INCOME - CASH METHOD - COMPLETE PARTS I & II

| Line | Description | Amount | | Amount |
|---|---|---|---|---|
| 1 | Sales of livestock bought for resale.....1 | | | |
| 2 | Cost of livestock bought for resale......2 | | | |
| 3 | Subtract line 2 from line 1.....3 | | | |
| 4 | Sales of products raised.....4 | | | |
| 5a | Co-op distributions........5a | | Taxable amt.5b | |
| 6a | Agric. program payments....6a | 7,700. | Taxable amt.6b | [illegible] |
| 7 | Commodity Credit Corporation (CCC) loans: | | | |
| a | CCC loans reported under election.....7a | | | |
| b | CCC loans forfeited/repaid.7b | | Taxable amt.7c | |
| 8 | Crop insurance proceeds & certain disaster payments: | | | |
| a | 1990 amount received.......8a | | Taxable amt.8b | |
| c | Check if you defer to 1991...>>_ | | 1989 amt.def...8d | |
| 9 | Custom hire (machine work) income.....9 | | | |
| 10 | Other income.....10 | | | 2,000. |
| 11 | Add right column for lines 3-10. If accrual method, enter amount from page 2, line 51. GROSS INCOME......>>11 | | | [illegible] |

## PART II FARM EXPENSES - CASH AND ACCRUAL METHOD

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 12 | Breeding fees.....12 | | 24 | Labor hired.....24 | |
| 13 | Chemicals.....13 | | 25 | Pension plans....25 | |
| 14 | Conservation expenses.....14 | | 26 | Rent or lease: | |
| 15 | Custom hire.....15 | | a | Vehicle/equip....26a | |
| 16 | Depreciation and Section 179 ded. not claimed elsewhere..16 | 3,02[illegible]. | b | Other.....26b | |
| 17 | Employee benefit programs.....17 | | 27 | Repairs.....27 | |
| 18 | Feed purchased.....18 | | 28 | Seeds & plants...28 | |
| 19 | Fertilizers/lime...19 | | 29 | Storage.....29 | |
| 20 | Freight/trucking...20 | | 30 | Supplies.....30 | [illegible] |
| 21 | Gas, fuel & oil....21 | | 31 | Taxes.....31 | |
| 22 | Ins.(not health)...22 | | 32 | Utilities.....32 | |
| 23 | Interest: | | 33 | Vet fees/med.....33 | |
| a | Mortgage.....23a | 16,940. | 34 | Other expenses: | |
| b | Other.....23b | 13,376. | a | ACCOUNTING | [illegible] |
| | | | b | | |
| | | | c | | |
| | | | d | | |
| | | | e | | |

35 Add amounts on lines 12-34e. TOTAL EXPENSES.......>>35 [illegible]

36 NET FARM PROFIT (LOSS). LINE 11 MINUS LINE 35.......36 [illegible]

37 If you have a loss, you MUST check the box that describes your investment in this activity. 37a X All at risk 37b _ Some not at risk

** NOT AUTHENTICATED **

Form 8582 PASSIVE ACTIVITY LOSS LIMITATIONS

NAME(S)

BILLY C LEONARD

Part I COMPUTATION OF 1990 PASSIVE ACTIVITY LOSS

RENTAL REAL ESTATE ACTIVITIES WITH ACTIVE PARTICIPATION

ACTIVITIES ACQUIRED BEFORE 10-23-86 (PRE-ENACTMENT):
1a Activities with net income..................1a
1b Activities with net loss....................1b
1c Add lines 1a and 1b.........................1c
ACTIVITIES ACQUIRED AFTER 10-22-86 (POST-ENACTMENT):
1d Activities with net income..................1d
1e Activities with net loss....................1e
1f Add lines 1d and 1e.........................1f
1g Net income or (loss). Add lines 1c and 1f..........................1g
1h Prior year unallowed losses........................................1h
1i Add lines 1g and 1h................................................1i
ALL OTHER PASSIVE ACTIVITIES
ACTIVITIES ACQUIRED BEFORE 10-23-86 (PRE-ENACTMENT):
2a Activities with net income..................2a
2b Activities with net loss....................2b
2c Add lines 2a and 2b.........................2c
ACTIVITIES ACQUIRED AFTER 10-22-86 (POST-ENACTMENT):
2d Activities with net income..................2d
2e Activities with net loss....................2e
2f Add lines 2d and 2e.........................2f
2g Net income or (loss). Add lines 2c and 2f..........................2g
2h Prior year unallowed losses........................................2h
2i Add lines 2g and 2h................................................2i

3 Add lines 1i and 2i..................................................3

Part II COMPUTATION OF THE SPECIAL ALLOWANCE FOR RENTAL REAL ESTATE WITH ACTIVE PARTICIPATION
4 Enter the SMALLER of the loss on line 1i or line 3..................4
5 Enter $150000. MFS, see instructions.........5
6 Enter modified adjusted gross income.........6

7 Subtract line 6 from line 5.................7

8 Multiply line 7 by 50% (.5). DO NOT exceed $25000...................8
9 Enter the SMALLER of line 4 or line 8...............................9
Part III COMPUTATION OF PASSIVE ACTIVITY LOSS ALLOWED
10 Add lines 1c and 2c................................................10
11 Enter the SMALLER of line 10 or line 3.............................11
12 Subtract line 11 from line 10......................................12
13 Subtract line 9 from line 3........................................13
14 Enter the SMALLER of line 12 or line 13............................14
15 Multiply line 14 by 10% (.1).......................................15
16 Enter the amount from line ........................................16
17 PASSIVE ACTIVITY LOSS ALLOWED FOR 1990. Add lines ...................17
18 Add the income, if any, on lines 1a, 1d, 2a, and 2d ................18
19 TOTAL LOSSES ALLOWED FROM ALL PASSIVE ACTIVITIES FOR 1990. Add lines 17 and 18......................................19

Form W-2 Wage and Tax Statement 1990

| | | |
|---|---|---|
| 1 Control Number 089859 | 441 | COPY B - TO BE FILED WITH EMPLOYEE'S FEDERAL TAX RETURN |

| | | |
|---|---|---|
| 2 Employer's name, address and ZIP code<br>United Airlines, Inc.<br>P.O. Box 66100<br>Chicago, IL 60666 | 6 Statutory employee / Deceased / Pension plan: X / Legal rep. / 942 emp. / Subtotal / Deferred compensation / Void | |
| | 7 Allocated tips | 8 Advance EIC payment |
| | 9 Federal income tax withheld 35,157.68 | 10 Wages, tips, other compensation 143,037.97 |
| 3 Employer's identification number 36-2675206 / 4 Employer's state I.D. number 362675206 | 11 Social security tax withheld 3,924.45 | 12 Social security wages 51,300.00 |
| 5 Employee's social security number 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 / Employer's local I.D. number | 13 Social security tips | 14 Nonqualified plans |
| 19 Employee's name, address and ZIP code<br>004412 DCAFO 8170<br>B C LEONARD<br>P O BOX 4104<br>GETTYSBURG PA<br>17325 | 15 Dependent care benefits | 16 Fringe benefits incl. in Box 10 |
| | 17<br>B 378.96<br>L 4,502.38 | 18 Other |
| 20 / 21 | 22 | 23 |

| 24 State income tax | 25 State wages, tips, etc. | 26 State | 27 Local income tax | 28 Local wages, tips, etc. | 29 Locality |
|---|---|---|---|---|---|
| 2,999.63 | 143,037.97 | PA | | | |

Employee's and employer's copy compared ☐

Dept. of the Treasury — Internal Revenue Service

** NOT AUTHENTICATED **

NOV 30 1994

Form **2688**

Department of the Treasury
Internal Revenue Service

# Application for Additional Extension of Time To File U.S. Individual Income Tax Return

(See back for filing instructions. Be sure to complete all items.)

**1990**

Attachment Sequence No. 59

Please type or print.

File the original and one copy by the due date for filing your return.

Your first name and initial: Bill C.

Last name: Leonard

Your social security number: 244 : 46 : 2556

If a joint return, spouse's first name and initial

Last name

Spouse's social security number

Present home address (number, street, and apt. no. or rural route) (If you have a P.O. box, see the instructions.)
825 Blackhorse Tavern Road

City, town or post office, state, and ZIP code
Gettysburg, PA 17325

1 I request an extension of time until October 15, 19 91, to file Form 1040A or Form 1040 for the calendar year 1990, or other tax year ending ..........., 19 .....

2 Have you previously requested an extension of time to file for this tax year? ☒ Yes ☐ No

3 Explain why you need an extension My accountant has been hospitalized out-of-state during the past nine months for the treatment of cancer. Prior to that time period, he was recuperating from a heart attack. Consequently, work on the return has not progressed in a timely fashion.

*Complete line 4 only if you expect to owe gift or generation-skipping transfer (GST) tax.*

4 If you or your spouse expect to file a gift tax return (Form 709 or 709-A) for 1990, generally due by April 15, 1991, see the instructions and check here ☐ Yourself ☐ Spouse

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ▶ ______________ Date ▶ ______

Signature of spouse ▶ ______________ Date ▶ ______

(If filing jointly, BOTH must sign even if only one had income)

Signature of preparer other than taxpayer ▶ Robert C. Paul Date ▶ Aug 15, 1991

File original and one copy. IRS will show below whether or not your application is approved and will return the copy.

Notice to Applicant—To Be Completed by IRS

☑ We HAVE approved your application. (Please attach this form to your return.)

☐ We HAVE NOT approved your application. (Please attach this form to your return.) However, because of your reasons stated above, we have granted a 10-day grace period from the date shown below or due date of your return, whichever is later. This grace period is considered to be a valid extension of time for elections otherwise required to be made on returns filed on time.

☐ We HAVE NOT approved your application. After considering your reasons stated above, we cannot grant your request for an extension of time to file. (We are not granting the 10-day grace period.)

☐ We cannot consider your application because it was filed after the due date of your return.

☐ We HAVE NOT approved your application. The maximum extension of time allowed by law is 6 months.

☐ Other ..........

IRS RECEIVED 08 1991 28 PSC PHILA., PA MAU - 45

For Paperwork Reduction Act Notice, see back of form.

Form **4868**

Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Individual Income Tax Return

OMB No. 1545-0188

**1990**

| Please Type or Print | | |
|---|---|---|
| Your first name and initial: Bill C. Leonard | Last name | Your social security number: 244 : 46 : 2556 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number: : : |
| Present home address (number, street, and apt. no. or rural route). (If you have a P.O. box, see the instructions.): 825 Blackhorse Tavern Rd. | | |
| City, town or post office, state, and ZIP code: Gettysburg, PA 17325 | | |

**Note:** *File this form with the Internal Revenue Service Center where you are required to file your income tax return, and pay any amount(s) you owe. **This is not an extension to pay your tax.***

I request an automatic 4-month extension of time to August 15, 1991, to file Form 1040A or Form 1040 for the calendar year 1990 (or if a fiscal year Form 1040 to ______________, 19____, for the tax year ending ______________, 19____).

| | | | | |
|---|---|---|---|---|
| 1 | Total tax liability for 1990. This is the amount you expect to enter on line 27 of Form 1040A, or line 54 of Form 1040. If you do not expect to owe tax, enter zero (-0-) . . . . . . . . . . . . . . . . . . . **Caution:** *You **MUST** enter an amount on line 1 or your extension will be denied. You can estimate this amount; but be as exact as you can with the information you have. If we later find that your estimate was not reasonable, the extension will be null and void.* | | 1 | 35,157 68 |
| 2 | Federal income tax withheld . . . . . . . . . . . . . . . . . . . . | 2 — 35,157 68 | | |
| 3 | 1990 estimated tax payments (include 1989 overpayment allowed as a credit) . | 3 | | |
| 4 | Other payments and credits you expect to show on Form 1040A or Form 1040 . | 4 | | |
| 5 | Add lines 2, 3, and 4 . . . . . . . . . . . . . . . . . . . . . . . . . | | 5 | 35,157 68 |
| 6 | **BALANCE DUE** (subtract line 5 from line 1). *In order to get this extension, you MUST pay in full the balance due with this form.* (If line 5 is more than line 1, enter zero (-0-) . . . . . . . . . ▶ | | 6 | -0- |

**Complete line 7 (and 8a or 8b if applicable) only if you expect to owe gift or generation-skipping transfer (GST) tax. Do not include income tax on these lines. (See the instructions.)**

| | | | | |
|---|---|---|---|---|
| 7 | If you or your spouse expect to file a gift tax return (Form 709 or 709-A) for 1990, generally due by April 15, 1991, see the instructions and check here . . . . . . | Yourself . . ▶ ☐ Spouse . . ▶ ☐ | | |
| 8a | Enter the amount of gift or GST tax that *you* are paying with this form . . . . . . . . . . . | | 8a | |
| b | Enter the amount of gift or GST tax that *your spouse* is paying with this form . . . . . . . . | | 8b | |

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ▶ BC Leonard Date ▶ 4/15/91

Signature of spouse ▶ ______________ Date ▶ ______________

(If filing jointly, BOTH must sign even if only one had income)

Signature of preparer other than taxpayer ▶ ______________ Date ▶ ______________

If correspondence regarding this extension is to be sent to you at an address other than that shown above, or to an agent acting for you, please enter the name of the agent and/or the address where it should be sent.

| Please Type or Print | |
|---|---|
| Name | BOEHNER AND BOEHNER |
| Number and street (or P.O. box number if mail is not delivered to street address) | P. O. Box 3486 |
| City, town or post office, state, and ZIP code | Gettysburg, PA 17325 |

## General Instructions

**Paperwork Reduction Act Notice.**—We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us this information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 26 minutes; Learning about the law or the form, 11 minutes; Preparing the form, 20 minutes; and Copying, assembling, and sending the form to IRS, 20 minutes.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form more simple, we would be happy to hear from you. You can write to both the Internal Revenue Service, Washington, DC 20224, Attention: IRS Reports Clearance Officer, T:FP; and the Office of Management and Budget, Paperwork Reduction Project (1545-0188), Washington, DC 20503.

DO NOT send the tax form to either of these offices. Instead, see the instructions below for information on where to file.