# In the United States Court of Federal Claims

| | |
|---|---|
| **WILLIAM C. LEONARD,** | |
| *Plaintiff,* | Case No. 07-962T |
| v. | Senior Judge Smith |
| **THE UNITED STATES,** | Filed: July 23, 2008 |
| *Defendant*. | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, July 29, 2008 at 3:00 p.m. EDT.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge