# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WILLIAM C. LEONARD,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-692T

Senior Judge Smith

Filed: September 8, 2008

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference that was previously scheduled and not held on July 29, 2008 for Thursday, September 18, 2008 at 2:30 p.m. EDT.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge